STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

WILLIAM FRENTZEN  (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6559
    FAX: (415) 436-7234
    William.Frentzen@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN CHAO,<br><br>    Defendant. | CASE NO: CR 21-71679-MAG<br><br>UNITED STATES' APPLICATION AND [~~PROPOSED~~] ORDER TO UNSEAL COMPLAINT AND APPLICATION FOR ARREST WARRANT |

    The United States, through undersigned counsel, respectfully moves this Court to unseal the Complaint, affidavit, and application for arrest warrant in the above-captioned matters. The defendant has been arrested, and therefore, it is no longer necessary for these documents to be sealed.

DATED: October 28, 2021                      Respectfully Submitted,

                                                    STEPHANIE M. HINDS
                                                    United States Attorney


                                                    /s/ William Frentzen
                                                    WILLIAM FRENTZEN
                                                    Assistant United States Attorney

MOTION TO UNSEAL

**[~~PROPOSED~~] ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY orders that the Complaint, affidavit and application for arrest warrant in the above-captioned matters be unsealed.

IT IS SO ORDERED

DATED: October  28 , 2021

HONORABLE ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE

MOTION TO UNSEAL