1  STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2
THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  KIMBERLY HOPKINS (MABN 668608)
Assistant United States Attorney
5
450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
Telephone: (415) 436-7200
7  FAX: (415) 436-7234
Kimberly.hopkins@usdoj.gov
8
Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,            )  NO. 21-mj-71679-MAG
                                         )
14        Plaintiff,                     )  STIPULATION TO CONTINUE STATUS
                                         )  CONFERENCE AND [PROPOSED] ORDER
15     v.                                )
                                         )
16  KEVIN CHAO,                          )
                                         )
17        Defendant.                     )
                                         )
18

19  UNITED STATES OF AMERICA,            )  NO. 21-mj-71680-MAG
                                         )
20        Plaintiff,                     )  STIPULATION TO CONTINUE STATUS
                                         )  CONFERENCE AND [PROPOSED] ORDER
21     v.                                )
                                         )
22  RICHARD SZE,                         )
                                         )
23        Defendant.                     )
                                         )
24

25        Defendants Kevin Chao and Richard Sze, by and through their respective counsel, and the

26  United States, by and through Assistant United States Attorney Kimberly Hopkins, hereby stipulate and

27  agree as follows:

28        The above-captioned matters are currently scheduled for a status conference regarding

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 21-CR-71679-MAG, 21-CR-71680-MAG

1  preliminary hearing on February 16, 2022.  Defendants and the government stipulate that the parties

2  need additional time to meet and confer and to review materials relevant to this case.  The parties

3  therefore agree and jointly request that the status hearing conference now set for February 16, 2022 be

4  continued to March 14, 2022, for setting on the duty magistrate calendar.

5      The parties stipulate and agree that excluding time from February 16, 2022 through and

6  including March 14, 2022 will allow for the effective preparation of counsel and is appropriate based on

7  the complexity of the case and the amount of time necessary to return and file an indictment under the

8  circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii),

9  3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir.

10 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to

11 the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and

12 (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity,

13 with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect

14 the preparation and return of an indictment within thirty days.").

15     The parties further stipulate and agree that the ends of justice served by excluding the time from

16 February 16, 2022 through and including March 14, 2022 from computation under the Speedy Trial Act

17 outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §§

18 3161(h)(7)(A), (B)(ii)-(iv).

19     Defendants also agree to continue to waive the time for a preliminary hearing on the criminal

20 complaints in their respective cases under Rule 5.1 of the Federal Rules of Criminal Procedure until the

21 requested status conference on March 14, 2022.

22     IT IS SO STIPULATED.

23 DATED:  February 14, 2022                    Respectfully submitted,

24                                              STEPHANIE M. HINDS
                                                United States Attorney
25

26                                                 /s/
                                                KIMBERLY HOPKINS
27                                              Assistant United States Attorneys

28

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 21-CR-71679-MAG, 21-CR-71680-MAG

DATED:  February 14, 2022                        /s/
                                          EDWARD SWANSON
CARLY BITTMAN
SWANSON & McNAMARA LLP
Counsel for Kevin Chao

DATED:  February 14, 2022                        /s/
FRANK UBHAUS
BERLINER COHEN LLP
Counsel for Richard Sze

### [~~PROPOSED~~] ORDER

With agreement of the parties and for the reasons stated above, the status conference regarding preliminary examination currently set for February 16, 2022 is continued to March 14, 2022 at 2 p.m.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from February 16, 2022 through and including March 14, 2022, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court also finds that excluding the time from February 16, 2022 through and including March 14, 2022, is appropriate in light of the volume of discovery and the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii).  The Court further finds that the ends of justice served by excluding the time from February 16, 2022 through and including March 14, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 16, 2022 through and including March 14, 2022, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).  The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

DATED:  February 14, 2022

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 21-CR-71679-MAG, 21-CR-71680-MAG