STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    lloyd.farnham @ usdoj.gov
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN CHAO,<br><br>    Defendant. | NO. 21-CR-71679-MAG<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD SZE,<br><br>    Defendant. | **NO.** 21-CR-71680-MAG<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** |

    Defendants Kevin Chao and Richard Sze, by and through their respective counsel, and the United States, by and through undersigned counsel, hereby stipulate and agree as follows:

    The above-captioned matters are currently scheduled for a status conference regarding

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 21-CR-71679-MAG, 21-CR-71680-MAG

1   preliminary hearing on April 13, 2022. Defendants and the government stipulate that the parties need
2   additional time to meet and confer and to review materials relevant to this case. The parties therefore
3   agree and jointly request that the status hearing conference now set for April 13, 2022 be continued to
4   June 15, 2022, for setting on the duty magistrate calendar.

5         The parties stipulate and agree that excluding time from April 13, 2022 through and including
6   June 15, 2022 will allow for the effective preparation of counsel and is appropriate based on the
7   complexity of the case and the amount of time necessary to return and file an indictment under the
8   circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii),
9   3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see als o United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir.
10  2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to
11  the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and
12  (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity,
13  with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect
14  the preparation and return of an indictment within thirty days.").

15        The parties further stipulate and agree that the ends of justice served by excluding the time from
16  April 13, 2022 through and including June 15, 2022 from computation under the Speedy Trial Act
17  outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §§
18  3161(h)(7)(A), (B)(ii)-(iv).

19        Defendants also agree to continue to waive the time for a preliminary hearing on the criminal
20  complaints in their respective cases under Rule 5.1 of the Federal Rules of Criminal Procedure until the
21  requested status conference on June 15. IT IS SO STIPULATED.

22  DATED: April 8, 2022                    Respectfully submitted,

23                                       STEPHANIE M. HINDS
                                     United States Attorney
24

25                                 /s/
                                   LLOYD FARNHAM
                                   SAILAJA M. PAIDIPATY
26                                     Assistant United States Attorneys

27

28

DATED: April 8, 2022

      /s/
EDWARD SWANSON
CARLY BITTMAN
SWANSON & McNAMARA LLP
Counsel for Kevin Chao

DATED: April 6, 2022

      /s/
FRANK UBHAUS
BERLINER COHEN LLP
Counsel for Richard Sze

## [~~PROPOSED~~] ORDER

With agreement of the parties and for the reasons stated above, the status conference regarding preliminary examination currently set for April 13, 2022 is continued to June 15, 2022 at 2 p.m.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from April 13, 2022 through and including June 15, 2022, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court also finds that excluding the time from April 13, 2022 through and including June 15, 2022, is appropriate in light of the volume of discovery and the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii). The Court further finds that the ends of justice served by excluding the time from April 13, 2022 through and including June 15, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 13, 2022 through and including June 15, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv). The Court also orders that the time for a

//
//
//
//

preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

DATED:  April 8, 2022

_____
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 21-CR-71679-MAG, 21-CR-71680-MAG