1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   SAILAJA M. PAIDIPATY (NYBN 5160007)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      lloyd.farnham @ usdoj.gov
       sailaja.paidipaty@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,           ) NO. 21-CR-71679-MAG
                                         )
15 |     Plaintiff,                      ) STIPULATION TO CONTINUE STATUS
                                         ) CONFERENCE AND [PROPOSED] ORDER
16 |     v.                              )
                                         )
17 | KEVIN CHAO,                         )
                                         )
18 |     Defendant.                      )
                                         )
19

20 | UNITED STATES OF AMERICA,           ) NO. 21-CR-71680-MAG
                                         )
21 |     Plaintiff,                      ) STIPULATION TO CONTINUE STATUS
                                         ) CONFERENCE AND [PROPOSED] ORDER
22 |     v.                              )
                                         )
23 | RICHARD SZE,                        )
                                         )
24 |     Defendant.                      )
                                         )
25

26      Defendants Kevin Chao and Richard Sze, by and through their respective counsel, and the

27  United States, by and through undersigned counsel, hereby stipulate and agree as follows:

28      The above-captioned matters are currently scheduled for a status conference regarding

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 21-CR-71679-MAG, 21-CR-71680-MAG

preliminary hearing on June 15, 2022. Defendants and the government stipulate that the parties need additional time to meet and confer and to review materials relevant to this case. The parties therefore agree and jointly request that the status hearing conference now set for June 15, 2022, be continued to July 27, 2022, for setting on the duty magistrate calendar.

The parties stipulate and agree that excluding time from June 15, 2022, through and including July 27, 2022, will allow for the effective preparation of counsel and is appropriate based on the complexity of the case and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days.").

The parties further stipulate and agree that the ends of justice served by excluding the time from June 15, 2022, through and including July 27, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

Defendants also agree to continue to waive the time for a preliminary hearing on the criminal complaints in their respective cases under Rule 5.1 of the Federal Rules of Criminal Procedure until the requested status conference on July 27, 2022. IT IS SO STIPULATED.

DATED: June 10, 2022                                  Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/
LLOYD FARNHAM
SAILAJA M. PAIDIPATY
Assistant United States Attorneys

1  DATED:  June 10, 2022                            /s/
2                                                   EDWARD SWANSON
                                                    CARLY BITTMAN
                                                    SWANSON & McNAMARA LLP
3                                                   Counsel for Kevin Chao

4
5  DATED:  June 10, 2022                            /s/
                                                    FRANK UBHAUS
                                                    BERLINER COHEN LLP
6                                                   Counsel for Richard Sze

7

8                              **[PROPOSED] ORDER**

9   With agreement of the parties and for the reasons stated above, the status conference regarding
10  preliminary examination currently set for June 15, 2022, is continued to July 27, 2022.

11  Based upon the facts and representations set forth in the stipulation of the parties, and for good
12  cause shown, the Court finds that failing to exclude the time from June 15, 2022, through and including
13  July 27, 2022, would unreasonably deny defense counsel and the defendants the reasonable time
14  necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
15  3161(h)(7)(B)(iv).  The Court also finds that excluding the time from June 15, 2022, through and
16  including July 27, 2022, is appropriate in light of the volume of discovery and the complexity of the
17  case, and the amount of time necessary to return and file an indictment under the circumstances within
18  the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii).  The
19  Court further finds that the ends of justice served by excluding the time from June 15, 2022, through and
20  including July 27, 2022, from computation under the Speedy Trial Act outweigh the best interests of the
21  public and the defendants in a speedy trial.

22  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from
23  June 15, 2022, through and including July 27, 2022, shall be excluded from computation under the
24  Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).  The Court also orders that the time for a
25  //
26  //
27  //
28  //

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 21-CR-71679-MAG, 21-CR-71680-MAG

1  preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.
2        IT IS SO ORDERED.
3  DATED: June 13, 2022

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge