STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    lloyd.farnham @ usdoj.gov
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-71679-MAG |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER |
| v. | |
| KEVIN CHAO, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-71680-MAG |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| RICHARD SZE, | |
| Defendant. | |

    Defendants Kevin Chao and Richard Sze, by and through their respective counsel, and the United States, by and through undersigned counsel, hereby stipulate and agree as follows:

    The above-captioned matters are currently scheduled for a status conference regarding

preliminary hearing on July 27, 2022. Defendants and the government stipulate that the parties need additional time to meet and confer and to review materials relevant to this case. The parties therefore agree and jointly request that the status hearing conference now set for July 27, 2022, be continued to September 14, 2022, for setting on the duty magistrate calendar.

The parties stipulate and agree that excluding time from July 27, 2022, through and including September 14, 2022, will allow for the effective preparation of counsel and is appropriate based on the complexity of the case and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days.").

The parties further stipulate and agree that the ends of justice served by excluding the time from July 27, 2022, through and including September 14, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

Defendants also agree to continue to waive the time for a preliminary hearing on the criminal complaints in their respective cases under Rule 5.1 of the Federal Rules of Criminal Procedure until the requested status conference on September 14, 2022. IT IS SO STIPULATED.

DATED: July 24, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

    /s/
LLOYD FARNHAM
SAILAJA M. PAIDIPATY
Assistant United States Attorneys

| | | |
|---|---|---|
| 1 | DATED: July 24, 2022 | /s/ |
| 2 | | EDWARD SWANSON |
| | | CARLY BITTMAN |
| | | SWANSON & McNAMARA LLP |
| 3 | | Counsel for Kevin Chao |

DATED: July 24, 2022                     /s/
                                         FRANK UBHAUS
                                         BERLINER COHEN LLP
                                         Counsel for Richard Sze

## [PROPOSED] ORDER

With agreement of the parties and for the reasons stated above, the status conference regarding preliminary examination currently set for July 27, 2022, is continued to September 14, 2022.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from July 27, 2022, through and including September 14, 2022, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court also finds that excluding the time from July 27, 2022, through and including September 14, 2022, is appropriate in light of the volume of discovery and the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii). The Court further finds that the ends of justice served by excluding the time from July 27, 2022, through and including September 14, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 27, 2022, through and including September 14, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv). The Court also orders that the time for a

//
//
//
//

1 | preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.
2 |     IT IS SO ORDERED.
3 | DATED: July 25, 2022

*[Signature: Virginia K. DeMarchi]*
HON. VIRGINIA DeMARCHI
United States Magistrate Judge