| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | LLOYD FARNHAM (CABN 202231)<br>SAILAJA M. PAIDIPATY (NYBN 5160007) |
| 5 | Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 8 | lloyd.farnham @ usdoj.gov<br>sailaja.paidipaty@usdoj.gov |
| 9 | |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 21-CR-71679-MAG | |
| | ) | | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS | |
| | ) | CONFERENCE AND [PROPOSED] ORDER | |
| v. | ) | | |
| | ) | | |
| KEVIN CHAO, | ) | | |
| | ) | | |
| Defendant. | ) | | |

Defendant Kevin Chao, by and through counsel, and the United States, by and through undersigned counsel, hereby stipulate and agree as follows:

The above-captioned matters are currently scheduled for a status conference regarding preliminary hearing on September 14, 2022. Defendants and the government stipulate that the parties need additional time to meet and confer and to review materials relevant to this case. The parties therefore agree and jointly request that the status hearing conference now set for September 14, 2022, be continued to October 26, 2022, for setting on the duty magistrate calendar.

The parties stipulate and agree that excluding time from September 14, 2022, through and including October 26, 2022, will allow for the effective preparation of counsel and is appropriate based

1  on the complexity of the case and the amount of time necessary to return and file an indictment under
2  the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii),
3  3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir.
4  2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to
5  the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and
6  (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity,
7  with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect
8  the preparation and return of an indictment within thirty days.").

9      The parties further stipulate and agree that the ends of justice served by excluding the time from
10 September 14, 2022, through and including October 26, 2022, from computation under the Speedy Trial
11 Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §§
12 3161(h)(7)(A), (B)(ii)-(iv).

13     Defendants also agree to continue to waive the time for a preliminary hearing on the criminal
14 complaints in their respective cases under Rule 5.1 of the Federal Rules of Criminal Procedure until the
15 requested status conference on October 26, 2022.  IT IS SO STIPULATED.

16 DATED:  September 12, 2022      Respectfully submitted,

17     STEPHANIE M. HINDS
    United States Attorney
18
       /s/
19     LLOYD FARNHAM
    SAILAJA M. PAIDIPATY
20     Assistant United States Attorneys

21

22

23 DATED: September 12, 2022        /s/
    EDWARD SWANSON
24     CARLY BITTMAN
    SWANSON & McNAMARA LLP
25     Counsel for Kevin Chao

26

27

28

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 21-CR-71679-MAG

**[~~PROPOSED~~] ORDER**

With agreement of the parties and for the reasons stated above, the status conference regarding preliminary examination currently set for September 14, 2022, is continued to October 26, 2022.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from September 14, 2022, through and including October 26, 2022, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court also finds that excluding the time from September 14, 2022, through and including October 26, 2022, is appropriate in light of the volume of discovery and the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii).  The Court further finds that the ends of justice served by excluding the time from September 14, 2022, through and including October 26, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 14, 2022, through and including October 26, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).  The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

DATED: September 13, 2022

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge