| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | LLOYD FARNHAM (CABN 202231)<br>CHRIS KALTSAS (NYBN 5490602) |
| 5 | Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 8 | chris.kaltsas2@ usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 21-CR-71679-MAG |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | ) ) | |
| KEVIN CHAO, | ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 21-CR-71680 MAG |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |
| v. | ) ) | |
| RICHARD SZE, | ) ) | |
| Defendant. | ) ) | |

Defendants Kevin Chao and Richard Sze, by and through their respective counsel, and the United States, by and through undersigned counsel, hereby stipulate and agree as follows:

The above-captioned matters are currently scheduled for a status conference regarding

1  preliminary hearing on October 26, 2022.  Defendants and the government stipulate that the parties need
2  additional time to meet and confer and to review materials relevant to this case.  The parties therefore
3  agree and jointly request that the status hearing conference now set for October 26, 2022, be continued
4  to December 7, 2022, for setting on the duty magistrate calendar.

5        The parties stipulate and agree that excluding time from October 26, 2022, through and including
6  December 7, 2022, will allow for the effective preparation of counsel and is appropriate based on the
7  complexity of the case and the amount of time necessary to return and file an indictment under the
8  circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii),
9  3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir.
10 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to
11 the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and
12 (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity,
13 with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect
14 the preparation and return of an indictment within thirty days.").

15       The parties further stipulate and agree that the ends of justice served by excluding the time from
16 October 26, 2022, through and including December 7, 2022, from computation under the Speedy Trial
17 Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §§
18 3161(h)(7)(A), (B)(ii)-(iv).

19       Defendants also agree to continue to waive the time for a preliminary hearing on the criminal
20 complaints in their respective cases under Rule 5.1 of the Federal Rules of Criminal Procedure until the
21 requested status conference on September 14, 2022.  IT IS SO STIPULATED.

23 DATED:  October 21, 2022                            Respectfully submitted,

24                                                STEPHANIE M. HINDS
                                               United States Attorney

26                                                 /s/
                                               CHRIS KALTSAS
                                               Assistant United States Attorney


| | |
|---|---|
| 1  DATED: | /s/ |
| 2 | EDWARD SWANSON |
|   | CARLY BITTMAN |
| 3 | SWANSON & McNAMARA LLP |
|   | Counsel for Kevin Chao |

DATED:  /s/
FRANK UBHAUS
BERLINER COHEN LLP
Counsel for Richard Sze

**ORDER**

With agreement of the parties and for the reasons stated above, the status conference regarding preliminary examination currently set for October 26, 2022, is continued to December 7, 2022.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from October 26, 2022, through and including December 7, 2022, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court also finds that excluding the time from October 26, 2022, through and including December 7, 2022, is appropriate in light of the volume of discovery and the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii).  The Court further finds that the ends of justice served by excluding the time from October 26, 2022, through and including December 7, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 26, 2022, through and including December 7, 2022, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).  The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

DATED:  October 24, 2022



HON. NATHANAEL M. COUSINS
United States Magistrate Judge

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 21-CR-71679-MAG, 21-CR-71680-MAG