1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   CHRIS KALTSAS (NYBN 5490602)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      lloyd.farnham@usdoj.gov
       chris.kaltsas2@usdoj.gov
9
   Attorneys for United States of America
10
                            UNITED STATES DISTRICT COURT
11
                           NORTHERN DISTRICT OF CALIFORNIA
12
                                    SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,           ) NO. 21-CR-71679-MAG
                                         )
15 |     Plaintiff,                      ) STIPULATION TO CONTINUE STATUS
                                         ) CONFERENCE AND [PROPOSED] ORDER
16 |    v.                               )
                                         )
17 | KEVIN CHAO,                         )
                                         )
18 |     Defendant.                      )
                                         )
19

20         Defendant Kevin Chao, by and through counsel, and the United States, by and through

21  undersigned counsel, hereby stipulate and agree as follows:

22         The above-captioned matters are currently scheduled for a status conference regarding

23  preliminary hearing on December 7, 2022.  Defendant and the government stipulate that the parties need

24  additional time to meet and confer and to review materials relevant to this case and to contemplate

25  potential resolutions to this matter.  The parties therefore agree and jointly request that the status hearing

26  conference now set for December 7, 2022, be continued to February 14, 2023, for setting on the duty

27  magistrate calendar.

28         The parties stipulate and agree that excluding time from December 7, 2022, through and

including February 14, 2023, will allow for the effective preparation of counsel and is appropriate based on the complexity of the case and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days.").

The parties further stipulate and agree that the ends of justice served by excluding the time from December 7, 2022, through and including February 14, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

     Defendant also agrees to continue to waive the time for a preliminary hearing on the criminal complaints in their case under Rule 5.1 of the Federal Rules of Criminal Procedure until the requested status conference on February 14, 2023.

     IT IS SO STIPULATED.

DATED:    December 4, 2022          Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

    /s/
LLOYD FARNHAM
CHRIS KALTSAS
Assistant United States Attorneys

DATED:    December 4, 2022           /s/
EDWARD SWANSON
CARLY BITTMAN
SWANSON & McNAMARA LLP
Counsel for Kevin Chao

**[~~PROPOSED~~] ORDER**

With agreement of the parties and for the reasons stated above, the status conference regarding preliminary examination currently set for December 7, 2022, is hereby continued to February 14, 2023.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from December 7, 2022, through and including February 14, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court also finds that excluding the time from December 7, 2022, through and including February 14, 2023, is appropriate in light of the volume of discovery and the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii). The Court further finds that the ends of justice served by excluding the time from December 7, 2022, through and including February 14, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 7, 2022, through and including February 14, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv). The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

DATED: December 5, 2022

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge