Edward W. Swanson (SBN 159859)
ed@smllp.law
Carly Bittman (SBN 305513)
carly@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94101
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant Kevin Chao

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 21-71679-MAG |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| vs. | |
| KEVIN CHAO, | |
| Defendant. | |

Defendant Kevin Chao, by and through counsel, and the United States, by and through undersigned counsel, hereby stipulate and agree as follows:

The above-titled matter is currently scheduled for a status conference regarding preliminary hearing on February 14, 2023. Defendant and the government stipulate that the parties need additional time to meet and confer, review materials relevant to this case, and contemplate potential resolution to this matter. The parties therefore agree and jointly request that the status conference now set for February 14, 2023 be continued to March 28, 2023, for setting on the duty magistrate calendar.

The parties stipulate and agree that excluding time from February 14, 2023, through and including March 28, 2023, will allow for the effective preparation of counsel and is appropriate based on the complexity of the case and the amount of time necessary to return and file an

indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  See 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); see also *United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

      The parties further stipulate and agree that the ends of justice served by excluding the time from February 14, 2023 through and including March 28, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

      Defendant continues to waive the time for a preliminary hearing on the criminal complaint in the instant case under Rule 5.1 of the Federal Rules of Criminal Procedure until the requested status conference on March 28, 2023.

      IT IS SO STIPULATED.

Dated: February 8, 2023                       Respectfully submitted,

                                                    STEPHANIE M. HINDS
                                                    Acting United States Attorney

                                                    */s/ Chris Kaltsas*
                                                    LLOYD FARNHAM
                                                    CHRIS KALTSAS
                                                    Assistant United States Attorneys

Dated: February 8, 2023                       */s/ Carly Bittman*
                                                    EDWARD SWANSON
                                                    CARLY BITTMAN
                                                    SWANSON & McNAMARA LLP
                                                    Counsel for Kevin Chao

**[~~PROPOSED~~] ORDER**

With agreement of the parties and for the reasons stated above, the status conference regarding preliminary examination currently set for February 14, 2023 is continued to March 28, 2023.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court further finds that failing to exclude the time from February 14, 2023 through and including March 28, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court also finds that excluding the time from February 14, 2023 through and including March 28, 2023, is appropriate in light of the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii).  The Court further finds that the ends of justice served by excluding the time from February 14, 2023 through and including March 28, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 14, 2023 through and including March 28, 2023, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).  The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.

Dated:  February 9, 2023

Hon. Susan van Keulen
United States Magistrate Judge