1  Edward W. Swanson (SBN 159859)
   ed@smllp.law
2  Carly Bittman (SBN 305513)
   carly@smllp.law
3  SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
4  San Francisco, California 94101
   Telephone: (415) 477-3800
5  Facsimile: (415) 477-9010

6  Attorneys for Defendant Kevin Chao

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,         No. CR 21-71679-MAG

                         Plaintiff,   **STIPULATION AND [PROPOSED]**
13        vs.                         **ORDER**

14
    KEVIN CHAO,
15
                         Defendant.
16

17

18      Defendant Kevin Chao, by and through counsel, and the United States, by and through

19  undersigned counsel, hereby stipulate and agree as follows:

20      The above-titled matter is currently scheduled for a status conference regarding

21  preliminary hearing on March 28, 2023.  Defendant and the government stipulate that the parties

22  need additional time to meet and confer, review materials relevant to this case, and contemplate

23  potential resolution to this matter.  The parties therefore agree and jointly request that the status

24  conference now set for March 28, 2023 be continued to May 2, 2023, for setting on the duty

25  magistrate calendar.

26      The parties stipulate and agree that excluding time from March 28, 2023, through and

27  including May 2, 2023, will allow for the effective preparation of counsel and is appropriate

28  based on the complexity of the case and the amount of time necessary to return and file an

indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

The parties further stipulate and agree that the ends of justice served by excluding the time from March 28, 2023 through and including May 2, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

Defendant continues to waive the time for a preliminary hearing on the criminal complaint in the instant case under Rule 5.1 of the Federal Rules of Criminal Procedure until the requested status conference on May 2, 2023.

IT IS SO STIPULATED.

Dated: March 23, 2023                                   Respectfully submitted,

                                                         STEPHANIE M. HINDS
                                                         Acting United States Attorney

                                                         */s/ Chris Kaltsas*
                                                         LLOYD FARNHAM
                                                         CHRIS KALTSAS
                                                         Assistant United States Attorneys


Dated: March 23, 2023                                   */s/ Carly Bittman*
                                                         EDWARD SWANSON
                                                         CARLY BITTMAN
                                                         SWANSON & McNAMARA LLP
                                                         Counsel for Kevin Chao

**[PROPOSED]** **ORDER**

With agreement of the parties and for the reasons stated above, the status conference regarding preliminary examination currently set for March 28, 2023 is continued to May 2, 2023.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court further finds that failing to exclude the time from March 28, 2023 through and including May 2, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court also finds that excluding the time from March 28, 2023 through and including May 2, 2023, is appropriate in light of the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii).  The Court further finds that the ends of justice served by excluding the time from March 28, 2023 through and including May 2, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 28, 2023 through and including May 2, 2023, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).  The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.

Dated:  March 24, 2023

_Virginia K. DeMarchi_
Hon. Virginia K. DeMarchi
United States Magistrate Judge

3