ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
CHRIS KALTSAS (NYBN 5490602)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     FAX: (415) 436-7234
     sailaja.paidipaty@usdoj.gov
     chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN CHAO,<br><br>    Defendant. | NO. 21-CR-71679-MAG<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE AND ORDER |

       Defendant Kevin Chao, by and through counsel, and the United States, by and through

undersigned counsel, hereby stipulate and agree as follows:

       The above-captioned matters are currently scheduled for a status conference regarding

preliminary hearing on July 7, 2023.  Defendant and the government stipulate that the parties need

additional time to meet and confer and to review materials relevant to this case and to contemplate

potential resolutions to this matter.  The parties therefore agree and jointly request that the status hearing

conference now set for July 7, 2023, be continued to July 20, 2023, for setting on the duty magistrate

calendar.

       The parties stipulate and agree that excluding time from July 7, 2023, through and including July

1  20, 2023, will allow for the effective preparation of counsel and is appropriate based on the complexity

2  of the case and the amount of time necessary to return and file an indictment under the circumstances

3  within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii),

4  3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir.

5  2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to

6  the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and

7  (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity,

8  with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect

9  the preparation and return of an indictment within thirty days.").

10        The parties further stipulate and agree that the ends of justice served by excluding the time from

11  July 7, 2023, through and including July 20, 2023, from computation under the Speedy Trial Act

12  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A),

13  (B)(ii)-(iv).

14        Defendant also agrees to continue to waive the time for a preliminary hearing on the criminal

15  complaints in their case under Rule 5.1 of the Federal Rules of Criminal Procedure until the requested

16  status conference on July 20, 2023.

17        IT IS SO STIPULATED.

18  DATED:        July 3, 2023                    Respectfully submitted,

19                                               ISMAIL J. RAMSEY
                                                 United States Attorney
20
                                                        /s/
21                                               _____
                                                 SAILAJA M. PAIDIPATY
22                                               CHRIS KALTSAS
                                                 Assistant United States Attorneys
23

24  DATED:        July 3, 2023                            /s/
25                                               _____
                                                 EDWARD SWANSON
26                                               BRITT EVANGELIST
                                                 SWANSON & McNAMARA LLP
27                                               Counsel for Kevin Chao

28

STIPULATION TO CONTINUE STATUS CONFERENCE
Case No. 21-CR-71679-MAG

**ORDER**

1

2    With agreement of the parties and for the reasons stated above, the status conference regarding

3    preliminary examination currently set for July 7, 2023, is hereby continued to July 20, 2023.

4    Based upon the facts and representations set forth in the stipulation of the parties, and for good

5    cause shown, the Court finds that failing to exclude the time from July 7, 2023, through and including

6    July 20, 2023, would unreasonably deny defense counsel and the defendant the reasonable time

7    necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

8    3161(h)(7)(B)(iv).  The Court also finds that excluding the time from July 7, 2023, through and

9    including July 20, 2023, is appropriate in light of the volume of discovery and the complexity of the

10   case, and the amount of time necessary to return and file an indictment under the circumstances within

11   the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii).  The

12   Court further finds that the ends of justice served by excluding the time from July 7, 2023, through and

13   including July 20, 2023, from computation under the Speedy Trial Act outweigh the best interests of the

14   public and the defendant in a speedy trial.

15   Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from

16   July 7, 2023, through and including July 20, 2023, shall be excluded from computation under the Speedy

17   Trial Act.  18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).  The Court also orders that the time for a

18   preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.

19   IT IS SO ORDERED.

20

21   DATED:  July 6, 2023

22

23   HON. NA[...]
     United Sta[...]



GRANTED

Judge Nathanael M. Cousins

24

25

26

27

28